## DARYL O'ROURKE *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 501 (AC 12118), is denied.

*Patrick B. Crehan,* in support of the petition.

*Robert L. Marconi,* assistant attorney general, in opposition.

Decided April 7, 1994

## STACIA L. ROBERTO *v.* HONEYWELL, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 33 Conn. App. 619 (AC 11705), is denied.

*Andrew J. O'Keefe,* in support of the petition.

*Karen L. Murdoch,* in opposition.

Decided April 7, 1994

## GENERAL ACCIDENT INSURANCE COMPANY *v.* SUSAN McGEE

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 626 (AC 11744), is denied.

*Michael J. Quinn,* in support of the petition.

*Barbara E. Crowley,* in opposition.

Decided April 7, 1994